No. 71–47. WORTH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–49. LOCAL UNION No. 18, INTERNATIONAL UNION OF OPERATING ENGINEERS *v.* HODGSON, SECRETARY OF LABOR. C. A. 6th Cir. Certiorari denied.

No. 71–50. STANLEY, CHIEF JUDGE, U. S. DISTRICT COURT *v.* TIGHTS, INC. C. A. 4th Cir. Certiorari denied.

No. 71–51. LAGERQUIST ET AL. *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 71–52. TAITANO ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–55. KOSKA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–56. MERRYMAN ET AL. *v.* PRICE ET AL., TRUSTEES. App. Ct. Ind. Certiorari denied.

No. 71–58. ORTON *v.* MISSOURI EX INF. DANFORTH, ATTORNEY GENERAL. Sup. Ct. Mo. Certiorari denied.

No. 71–60. HOWELL *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 71–64. STUKENBORG ET AL. *v.* TELEDYNE, INC. C. A. 9th Cir. Certiorari denied.

No. 71–67. CHARLEROI-MONESSEN HOSPITAL *v.* PETTY, GUARDIAN. C. A. 3d Cir. Certiorari denied.